√#113  # 128906

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 SEP 24 PM 3: 09
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  SMITH, FLOYD, JR  
      SMITH, DIANE LATRICE

Case No. 09-37181

Judge RICHARD L SPEER

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Cardiology Care Associates Inc. | 3922 Woodley Rd., Ste 201<br>Toledo, OH 43606 | $1.79 |
| University of Toledo Medical Center<br>Christopher J Klym, Special Counsel | 24441 Detroit Rd, Suite 200<br>Westlake, OH 44145 | $2.85 |
| University of Toledo<br>Christopher J Klym, Outside Counsel | 24441 Detroit Rd, Suite 200<br>Westlake, OH 44145 | $2.24 |

Check #113 for $6.88 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

/s/ Patti Baumgartner-Novak  
Patti Baumgartner-Novak, Trustee

Dated: 9/23/10

cc: Office of the U.S. Trustee